## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In Re:

| | |
|---|---|
| **Heather King,** | **Chapter 13** |
| **Joseph King,** | **Case No. 17-13702** |
| **Debtor** | |

## DEBTOR'S OBJECTION TO AMENDED PROOF OF CLAIM NO. 2-2 OF WILMINGTON SAVINGS FUND, SOCIETY WITH NOTICE TO WILMINGTON SAVINGS FUND, SOCIETY

Now come the Debtors and object to Amended Proof of Claim Number 2-2 of Wilmington Savings Fund, Society. In support of this Objection Debtors state the following:

1. Debtors filed Chapter 13 bankruptcy petition on October 4, 2017.

2. On February 12, 2018 Wilmington Savings Fund, Society filed Proof of Claim Number 2, stating that the debtors were in arrears $42,302.01.

3. On May 29, 2018 Wilmington Savings Fund, Society filed a Second Amended Proof of Claim Number 2, stating that the debtors were in arrears $58,920.92.

3. According to the Mortgage Proof of Claim Attachment the Debtors had a projected escrow shortage of $31,745.37, but Wilmington Savings Fund, Society did not provide an escrow projection. Additionally, this number does not make sense because the minimum required escrow balance is $1,694.54 (two monthly payments), which would imply the escrow account is negative approximately $30,000.00 and yet Wilmington is claiming that there is $0.00 in escrow deficiency for funds advanced.

4. According to the Mortgage Proof of Claim Attachment Part 3 the Debtors owed $7,013.57 in prepetition fees, but Part 5 only shows $2,886.37 in fees.

6. Debtors believed there were approximately $43,000.00 in arrears when this case was filed, which is in line with the original Proof of Claim.

WHEREFORE, the Debtors request the court find as follows:

1. Allow the Debtors' Objection to Amended Proof of Claim Number 2-2 of Wilmington Savings Fund, Society.

2. For such other relief as the court deems just.

                                              Debtors,
                                              By their attorney,

Dated:  May 30, 2018 /s/ John Ullian
John Ullian, Esq./ BBO No. 542786
The Law Firm of Ullian & Associates, PC
220 Forbes Road, Suite 106
Braintree, MA 02184
(781) 848-5980

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In Re:

| | |
|---|---|
| **Heather King,** | **Chapter 13** |
| **Joseph King,** | **Case No. 17-13702** |
| **Debtor** | |

_____

**NOTICE OF OBJECTION TO CLAIM**

The Debtors, Heather and Joseph King, has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.  You should read these payments carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then on or before June 30, 2018, you or your lawyer must file with the court a written response to the objection, explaining your position, at:

John W. McCormack Post Office and Courthouse
US Bankruptcy Court, Clerk's Office
5 Post Office Square, Suite 1150
Boston, MA 02109

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also send a copy to:

Debtor's counsel, John Ullian, Esq.
The Law Firm of Ullian & Associates, PC
220 Forbes Road, Suite 106
Braintree, MA 02184

Attend the hearing on the objection.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Dated:  May 30, 2018                          /s/ John Ullian
                                              John Ullian, Esq.  BBO No. 542786
                                              The Law Firm of Ullian & Associates, PC
                                              220 Forbes Road, Suite 106
                                              Braintree, MA 02184
                                              (781) 848-5980

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

**In Re:**

    **Heather King,**                                                      **Chapter 13**
    **Joseph King,**                                                     **Case No. 17-13702**
    **Debtor**

_____

**ORDER REGARDING DEBTOR'S OBJECTION TO PROOF OF CLAIM OF**
**WILMINGTON SAVINGS FUND, SOCIETY**

This matter having come before me on the Objection of Heather and Joseph King (the "Debtor") to Amended Proof of Claim Number 2-2 of Wilmington Savings Fund, Society, notice having been provided to Wilmington Savings Fund, Society and an opportunity for hearing, it is hereby

**ORDERED**

The Debtors' Objection is allowed. Wilmington Savings Fund, Society's claim for arrears is disallowed.

THIS _____ day of _____, 2018.

                                                                                             _____
                                                                                              U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In Re:

    **Heather King,**　　　　　　　　　　　　　　　**Chapter 13**
    **Joseph King,**　　　　　　　　　　　　　　　**Case No. 17-13702**
    **Debtor**

_____

**CERTIFICATE OF SERVICE**

    I, John Ullian, hereby certify under the pains and penalties of perjury that I served the **DEBTOR'S OBJECTION TO AMENDED PROOF OF CLAIM NO. 2-2 OF WILMINGTON SAVINGS FUND, SOCIETY WITH NOTICE TO WILMINGTON SAVINGS FUND, SOCIETY** by ECF or mailing a copy of same, postage prepaid, the following interested parties:

| | |
|---|---|
| Office of the US Trustee<br>John W. McCormack Post Office and Courthouse<br>5 Post Office Square, 10th Floor, Suite 1000<br>Boston, MA 02109 | Carolyn Bankowski<br>Chapter 13 Trustee<br>PO Box 8250<br>Boston, MA 02114 |
| Joseph & Heather King<br>45 Calypso Lane<br>Marshfield MA 02050 | Wilmington Savings Fund, Society<br>3020 Old Ranch Parkway, Suite 180<br>Seal Beach, CA 90740 |
| Wilmington Savings Fund, Society<br>The Law Offices of Michelle Ghidotti<br>1920 Old Tustin Avenue<br>Santa Ana, CA 92705 | |

    I, John Ullian, hereby certify under the pains and penalties of perjury that I served the **DEBTOR'S OBJECTION TO AMENDED PROOF OF CLAIM NO. 2-2 OF WILMINGTON SAVINGS FUND, SOCIETY WITH NOTICE TO WILMINGTON SAVINGS FUND, SOCIETY** by certified mail the following interested party:

Wilmington Savings Fund, Society FSB
Attn: President
500 Delaware Avenue
Wilmington, DE 19801

| | |
|---|---|
| Dated: May 30, 2018 | /s/ John Ullian<br>John Ullian, Esq.<br>The Law Firm of Ullian & Associates, PC<br>220 Forbes Road, Suite 106<br>Braintree, MA 02184<br>(781) 848-5980 |