## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

**In Re:**

    **Heather King,**　　　　　　　　　　　　　　　　**Chapter 13**
    **Joseph King,**
    **Debtors**　　　　　　　　　　　　　　　　　　　**Case No. 17-13702**

---

## MOTION TO APPROVE SECOND AMENDED
## PRE-CONFIRMATION CHAPTER 13 PLAN

Now come the debtors and move for approval of their Second Amended Pre-Confirmation Chapter 13 Plan. In support of this motion, debtors state the following:

1. Debtors filed for Chapter 13 bankruptcy protection on October 4, 2017.

2. The Second Amended Chapter 13 Plan makes the following changes:
   a. Includes a statement of cause in Part 2(A), and
   b. Adjusts Exhibit 1 to account for the payment Debtors have made since the last amendment.

WHEREFORE, the debtors request the court allow as follows:

1. Approval of their Second Amended Pre-Confirmation Chapter 13 Plan.

2. For such other and further relief as this court deems just.

Dated: July 27, 2018　　　　　　　　　　　Debtors,
　　　　　　　　　　　　　　　　　　　　　by their attorney,

　　　　　　　　　　　　　　　　　　　　　/s/ John Ullian
　　　　　　　　　　　　　　　　　　　　　John Ullian, Esq. BBO No. 542786
　　　　　　　　　　　　　　　　　　　　　The Law Firm of Ullian and Associates, P.C
　　　　　　　　　　　　　　　　　　　　　220 Forbes Road, Suite 106
　　　　　　　　　　　　　　　　　　　　　Braintree, MA 02184
　　　　　　　　　　　　　　　　　　　　　(781) 848-5980

## CERTIFICATE OF SERVICE

I John Ullian, hereby certify under the pains and penalties of perjury that I served the foregoing **MOTION TO APPROVE SECOND AMENDED PRE-CONFIRMATION CHAPTER 13 PLAN** via ECF or by mailing a copy of same postage prepaid to interested parties listed below and everyone on the attached matrix.

Carolyn Bankowski
Chapter 13 Trustee Boston
P.O. Box 8250
Boston, MA 02114

John Fitzgerald, Office of the US Trustee
John W. McCormack Post Office & Court House
5 Post Office Square, 10th Floor, Suite 1000
Boston, MA 02109

Joseph & Heather King
45 Calypso Lane
Marshfield MA 02050

Wilimngton Savings Fund Society
Kristin A. Zilberstein
The Law Offices of Michelle Ghidotti
1920 Old Tustin Ave.
Santa Ana, CA 92705

Dated: July 27, 2018

/s/ John Ullian
John Ullian, Esq.
The Law Firm of Ullian and Associates, PC
220 Forbes Road, Suite 106
Braintree, MA 02184
(781) 848-5980

```
Label Matrix for local noticing          AMIP Management, LL as Servier for Wilmingto    Bayview Loan Servicing LLC
0101-1                                   3020 Old Ranch Parkway, Suite 180              Bankruptcy Dept.
Case 17-13702                            Seal Beach, CA 90740-2799                      4425 Ponce De Leo Blvd, 5th Floor
District of Massachusetts                                                               Coral Gables, FL 33146-1837
Boston
Wed Jun 27 11:21:40 EDT 2018

Boston                                   Bayview Loan Servicing                         Harbor Medical Assoc
U. S. Bankruptcy Court                   PO Box 650091                                  77 Accord Park Drive Bldg D4
J.W. McCormack Post Office & Court House Dallas, TX 75265-0091                          Norwell, MA 02061-1652
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

Harmon Law Offices PC                    Kristin A. Zilberstein                         Mass Bay Spine & Sport PT
150 California Street                    The Law Offices of Michelle Ghidotti           506 Plain Street, Suite 101
Newton, MA 02458-1005                    1920 Old Tustin Ave.                           Marshfield, MA 02050-2745
                                         Santa Ana, CA 92705-7811

Naturalawn of America                    (p)PORTFOLIO RECOVERY ASSOCIATES LLC           Peter Roberts & Assoc
American Profit Recovery                 PO BOX 41067                                   231 E Main Street, Suite 201
34405 W 12 Mile road, Suite 379          NORFOLK VA 23541-1067                          Milford, MA 01757-2821
Farmington, MI 48331-5608

Premier Diagnostics                      Premier Diagnostics                            South Coast Dermatology
54 Bodwell Stree, Suite C                Stevens Business Service                       90 Libbey Parkway, Suite 200
Avon, MA 02322-1184                      92 Bold Street, Suite 1                        East Weymouth, MA 02189-3155
                                         PO Box 1233
                                         Lowell, MA 01853-1233

South Shore Hospital                     South Shore Hospital                           South Shore Hospital
55 Fogg Road                             PO Box 1021                                    c/o ROI
PO Box 360                               Pembroke, MA 02359-1021                        PO Box 62850
South Weymouth, MA 02190-0003                                                           Baltimore, MD 21264-2850

South Shore Orthopedics                  South Shore Radiological                       South Shore Women's Health
2 Pond Park, Suite 102                   PO Box 1079                                    PO Box 188
Hingham, MA 02043-4354                   Lewiston, ME 04243-1079                        South Weymouth, MA 02190-0002

Strata Pathology Services                Town of Marshfield                             Wilmington Savings Fund Society, FSB, DBA
PO Box 417436                            Water & Sewer Department                       3020 Old Ranch Parkway
Boston, MA 02241-7436                    Town Hall                                      Suite 180
                                         Marshfield, MA 02050                           Seal Beach, CA 90740-2799

Carolyn Bankowski-13-12                  Heather Dargin King                            John Fitzgerald
Chapter 13-12 Trustee Boston             45 Calypso Lane                                Office of the US Trustee
P. O. Box 8250                           Marshfield, MA 02050-3601                      J.W. McCormack Post Office & Courthouse
Boston, MA 02114-0950                                                                   5 Post Office Sq., 10th Fl, Suite 1000
                                                                                        Boston, MA 02109-3901

John A. Ullian                           Joseph Timothy King Jr.
Law Offices of Ullian & Assoc.           45 Calypso Lane
220 Forbes Road                          Marshfield, MA 02050-3601
 Suite 106
Braintree, MA 02184-2711
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wilimngton Savings Fund Society

End of Label Matrix
Mailable recipients   28
Bypassed recipients    1
Total                 29