08/28/2018. This objection is moot as the Debtors have filed a further amended plan [#35].

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: <br> KING, Heather D. <br> KING, Joseph T., Jr.         Debtors | Chapter 13 <br> Case No. 17-13702-FJB |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF THE DEBTORS' AMENDED CHAPTER 13 PLAN

Now comes Carolyn Bankowski, Standing Chapter 13 Trustee, and respectfully objects to the confirmation of the Debtors' Amended Chapter 13 Plan (the "Plan"), and for reasons therefore says as follows:

1. The Debtors commenced this case by filing a petition on October 4, 2017.

2. On November 15, 2017, the Trustee presided over a 341 meeting of creditors and examined the Debtors.

3. On July 27, 2018, the Debtors filed the Plan. The Trustee cannot recommend the Plan for confirmation at this time.

4. Part 2.B is inconsistent with Exhibit 1. Part 2.B states the Debtors are paying $730.00 for 7 months and $714.00 for 53 months. According to Exhibit 1, Part 2.B should be $728.00 for 8 months and $714.00 for 52 months.

**WHEREFORE** the Chapter 13 Trustee respectfully requests that the Court sustain her objection to confirmation, and for such other relief as is appropriate.

Dated: August 24, 2018

Respectfully submitted,

By: /s/ Carolyn Bankowski
Carolyn Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
Standing Chapter 13 Trustee
PO Box 8250
Boston, MA  02114
(617) 723-1313
13trustee@ch13boston.com

EM